ACCEPTED
03-13-00025-CV
6695129
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 10:10:47 AM
JEFFREY D. KYLE
CLERK

DARYL L. MOORE‡

**DARYL L. MOORE, P.C.**

1005 Heights Boulevard
Houston, Texas 77008
713.529.0048 Telephone
713.529.2498 Facsimile
daryl@heightslaw.com Email

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/28/2015 10:10:47 AM

JEFFREY D. KYLE
Clerk

August 28, 2015

***Via Electronic Filing***
Mr. Jeffrey D. Kyle, Clerk
THIRD COURT OF APPEALS
P.O. Box 12547
Austin, Texas 78711-2547

> **Re:  Cause No. 03-13-00025-CV; *Jerry Scarbrough, Denise Steele, and Melissa Victoria Deaton v. Helen Purser, Sue Purser a/k/a Sue E. Van Zanten, Gary W. Purser, Jr., Joann M. Purser, and Elizabeth H. Tipton*.**

Dear Mr. Kyle:

Elizabeth H. Tipton and/or Daryl L. Moore will present oral argument on behalf of Appellees Helen Purser, Sue E. Purser a/k/a Sue E. Van Zanten, Gary W. Purser, Jr., Joann M. Purser, and Elizabeth H. Tipton on October 22, 2015, at 9:00 a.m.

Sincerely,

/s/ Rebecca Armstrong
Rebecca Armstrong,
*Legal Assistant to Daryl L. Moore*

cc:  Michele Chimene
The Chimene Law Firm
2827 Linkwood Dr.
Houston, TX 77025

---

‡BOARD CERTIFIED, CIVIL APPELLATE LAW, TEXAS BOARD OF LEGAL SPECIALIZATION